UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
_____

In re:

Paul Bromm and                                                              Case No. GG09-15120
Stephanie Bromm,

                       Debtors. /                              Chapter 7

United States Trustee,

        Plaintiff,

vs.                                                                                    Adv. Proc. No. 12-80437

Stephanie Bromm,

                       Defendant./

**ORDER DENYING OR REVOKING DEBTOR**
***STEPHANIE BROMM'S* DISCHARGE**

The Debtor Stephanie Bromm having violated an order of this Court directing her to attend a rescheduled first meeting of creditors called under 11 U.S.C. Section 341; the Debtor Stephanie Bromm having further failed to appear before this Court as ordered to explain that failure to obey; the Debtor Stephanie Bromm having further failed to answer the complaint of the United States Trustee seeking the denial or revocation of her discharge; the United States Trustee having filed an application for the entry of a default judgment; the Court having previously determined that service of the complaint was proper; and the Court having now determined at a hearing held on July 9, 2013, that the relief sought by the United States Trustee should be granted; now, therefore,

˘1˘

**IT IS ORDERED** that Debtor **Stephanie Bromm's** discharge is denied under 11 U.S.C. Section 727(a)(6)(A) or, if such discharge has already been granted, Debtor **Stephanie Bromm's** discharge is revoked by default pursuant to 11 U.S.C. Section 727(d)(3).

**IT IS FURTHER ORDERED** that the automatic stay as to Debtor **Stephanie Bromm** (only), but not as to property of the estate, is terminated under 11 U.S.C. Section 362(c)(2)(C).

**IT IS FURTHER ORDERED** that the Clerk shall serve a copy of this Order upon each of the Debtors, Debtors' attorney, the United States Trustee, and all parties listed on the Court's mailing matrix for this case.

[End of Order]

**Signed: July 16, 2013**



Hon. James D. Gregg
United States Bankruptcy Judge